UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.:   14-23804 |
|---|---|---|
| Physicians Community Medical Center, S.C. | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING ADMINISTRATIVE PRIORITY EXPENSE CLAIM AND PAYMENT THEREOF

THIS MATTER, coming to be heard on the motion of a Landlord/Creditor, Vail Valley Corporation, by and through its attorneys, Urban & Burt, Ltd., pursuant to Sections 365 and 503(b) of the Bankruptcy Code, notice being hereby approved and the Court being fully advised in the premises and having jurisdiction of the parties and subject matter hereto,

IT IS HEREBY ORDERED THAT:

Vail Valley is granted allowance of a priority administrative expenses claim for post-petition rent due to it by the Debtor.  The Debtor is ordered to pay all post-petition rents due to Vail Valley Corporation within 15 days of this Order.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  August 27, 2014

**Prepared by:**

Urban & Burt, Ltd.
5320 W. 159th St. Suite 501
Oak Forest, IL 60452
(708) 687-5230