UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                            )         BK No.:    14-23804
Physicians Community Medical Center, S.C. )
                                                  )         Chapter:  11
                                                  )
                                                  )         Honorable Eugene R. Wedoff
                                                  )
                                                  )
   Debtor(s)                                      )

### AGREED ORDER ALLOWING THE ALTAY AND EGU LIVINGS TRUSTS ADMINISTRATIVE CLAIMS AND COMPELLING THE DEBTOR TO FULFILL ITS POST-PETITION LEASE OBLIGATIONS

THIS MATTER, coming to be heard on the motion of a Landlords/Creditors, Edmund G. Urban and Edmund G. Urban III as co-trustees of the Revocable Living Trust of Edmund G. Urban and Camille P. Altay and Erol M. Altay as co-trustees of the Revocable Living Trust Number 3 of Camille P. Altay (hereinafter the "Altay Trust") and Edmund G. Urban and Edmund G. Urban III Co-Trustees The Revocable Living Trust of Edmund G. Urban (hereinafter, the "EGU Living Trust"), by and through their attorneys, Urban & Burt, Ltd., pursuant to Sections 365 and 503(b) of the Bankruptcy Code, notice being hereby approved and the Court being fully advised in the premises and having jurisdiction of the parties and subject matter hereto,

IT IS HEREBY ORDERED THAT:

1) The court finds that the Altay Trust holds an unexpired commercial lease with the Debtor as of the Petition Date for Unit 101 on Floor 1 of the property commonly referred to as 5320 West 159th Street, Oak Forest, Illinois 60452.

a) As such, the Debtor must continue to fulfill its post-petition obligations under the lease. The Debtor is ordered to pay its monthly rent, $1,626.00, on its lease with the Altay Trust on the 1st of every month until such time as the Debtor would reject the lease.

b) The Altay Trust is allowed an administrative claim for the post-petition payments due on July 1, 2014 and August 1, 2014 in the amount of $3,252.00. Further, the Altay Trust is allowed an administrative claim for the post-petition rent for June 26-30, 2014, pro-rated to $216.80. for a total of $3,468.80, through August 31, 2014.

c) The Debtor shall make payments on these amounts and cure the post-petition default by October 1, 2014.

d) Debtor shall continue to make timely monthly payments and the Altay Trust shall have an allowed Administrative claim for monthly rental until debtor vacates and surrenders the unit and files its Motion to Reject this lease.

2) The Altay Trust holds an expired commercial lease with the Debtor as of the Petition Date for Unit 100 on Floor 1 of the property commonly referred to as 5320 West 159th Street, Oak Forest, Illinois 60452. The monthly rent is $2,083.00.

a) The Debtor has continued to occupy and use the property through August 27, 2014, for the benefit of its Estate, as this unit was occupied by the debtor and used for storage of material necessary for the operation of debtors business. The parties agree and the court finds that the payments are reasonable and use was necessary for the operation of debtors business.

b) Though the lease term has expired, the lease provides for holdover use after the expiration of the lease on a month-to-month basis. As such, the Debtor and the Altay Trust agree that the Altay Trust should be allowed an administrative claim for the post-petition payments due on July 1, 2014 and August 1, 2014 in the amount of $4,166.00. Further, the Altay Trust is allowed an administrative claim for the post-petition rent for June 26-30, 2014, pro-rated to $277.73.

c) The Debtor shall make payments of $4,443.72 and cure the post-petition default by October 15, 2014.

d) Debtor has vacated the unit as of August 28, 2014, and no further post petition obligations for Unit 100.

3) The EGU Living Trust holds an expired commercial lease with the Debtor as of the Petition Date for Unit 401 on Floor 4 of the property commonly referred to as 5320 West 159th Street, Oak Forest, Illinois 60452. The monthly rent is $559.00.

a) The Debtor has continued to occupy and use the property for the benefit of its Estate, specifically as its office space necessary to the operation of debtors business.

b) Though the lease term has expired, the lease provides for holdover use after the expiration of the lease on a month-to-month basis. As such, the Debtor and the EGU Living Trust agree that the EGU Living Trust should be allowed an administrative claim for the post-petition payments due on July 1, 2014, August 1, 2014 and September 1, 2014 in the amount of $1,677.00.

c) The Debtor shall make payments on these amounts and cure the post-petition default by September 12, 2014

d) The Debtor's use and occupancy of this property is necessary for the Debtor's business operations. The Debtor and the EGU Living Trust agree that the Debtor shall continue to occupy and use the property for the benefit of the Debtor's Estate and business operations and the Debtor shall continue to make payments on the month-to-month lease on the 1st of each month. The EGU Living Trust shall continue to have an allowed administrative claim for each future month debtor continues to occupy the unit. The parties agree and the court finds that the payments are reasonable and use is necessary for the operation of debtors business.

3) The EGU Living Trust holds an expired commercial lease with the Debtor as of the Petition Date for Unit 405 on Floor 4 of the property commonly referred to as 5320 West 159th Street, Oak Forest, Illinois 60452. The monthly rent is $508.00.

a) The Debtor has continued to occupy and use the property for the benefit of its Estate, specifically as its office space necessary for the operation of debtors business.

b) Though the lease term has expired, the lease provides for holdover use after the expiration of the lease on a month-to-month basis. As such, the Debtor and the EGU Living Trust agree that the EGU

Living Trust should be allowed an administrative claim for the post-petition payments due on July 1, 2014, August 1, 2014 and September 1, 2014 in the amount of $1,524.00.

   c) The Debtor shall make payments on these amounts and cure the post-petition default by September 12, 2014.

   d) The Debtor's use and occupancy of this property is necessary for the Debtor's business operations. The Debtor and the EGU Living Trust agree that the Debtor shall continue to occupy and use the property for the benefit of the Debtor's Estate and business operations and the Debtor shall continue to make payments on the month-to-month lease on the 1st of each month. The EGU Living Trust shall continue to have an allowed administrative claim for each future month debtor continues to occupy the unit. The parties agree and the court finds that the payments are reasonable and use is necessary for the operation of debtors business.

Enter: [signature]

Dated: 10 SEP 2014

United States Bankruptcy Judge

**Prepared by:**
Urban & Burt, Ltd.
5320 W. 159th St. Suite 501
Oak Forest, IL 60452
(708) 687-5230

Rev: 20130104_bko