UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-23804 |
| PHYSICIANS COMMUNITY MEDICAL | ) | |
| CENTER, S.C. | ) | Chapter:  11 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER APPROVING DEBTOR'S ACCEPTANCE OF THE EXECUTORY CONTRACT WITH VAIL VALLEY CORPORATION AS TO 5320 W. 159TH STREET, SUITE 400, OAK FOREST, ILLINOIS**

THIS CAUSE coming on to be heard, on the application of PHYSICIANS COMMUNITY MEDICAL CENTER, S.C.,  Debtors and Debtors in Possession, for the Court to Approve the Debtor's Acceptance of the Executory Contract with Vail Valley Corporation as to 5320 W. 159th Street, Suite 400, Oak Forest, Illinois, due notice having been given and the Court being advised in the premises;

   IT IS THEREFORE SO ORDERED that the Court approves the Debtor's Acceptance of the Executory Contract entered into by the Debtor with Vail Valley Corporation as to 5320 W. 159th Street, Suite 400, Oak Forest, Illinois.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  November 12, 2014

**Prepared by:**

Mr. Paul M. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: Paul.Bach@Sulaimanlaw.com